

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 8, 2023

Joe K. Bohac
Attorney at Law
8200 IH-10 W., Suite 316
San Antonio, TX 78230
* DELIVERED VIA E-MAIL *

James B. Peplinski
Wilhelm & Peplinski, PLLC
21750 Hardy Oak Blvd. #102-253
San Antonio, TX 78258
* DELIVERED VIA E-MAIL *

Andrew Warthen
Assistant Criminal District Attorney
101 W. Nueva St.
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-22-00811-CV
        Trial Court Case Number:   2022-PA-00016
        Style:  In the Interest of D.L.R., Jr., D.L.W.R., and D.L.L.R., Children

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                Very truly yours,
                MICHAEL A. CRUZ, Clerk of Court

                _____
                Cecilia Phillips
                Deputy Clerk, Ext. 5-3221

cc: Joe D. Gonzales (DELIVERED VIA E-MAIL)
Katy Padilla Stout (DELIVERED VIA E-MAIL)
Ryan G. Anderson (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2023

No. 04-22-00811-CV

**IN THE INTEREST OF D.L.R., JR., D.L.W.R., AND D.L.L.R.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00016
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant D.R. has filed a second motion for extension of time to file his brief. After consideration, we GRANT IN PART appellant D.R.'s motion and ORDER appellant D.R. to file his brief **no later than February 16, 2023**. Counsel is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** February 8, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court